## BROWN v. STATE.
### No. 15627.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CHRISTIAN, J.

The offense is rape; the punishment, confinement in the penitentiary for twenty-two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.